IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES                                                                                    PLAINTIFF

V.                                      NO.  2:12-CR-20020

JAMES S. CURTIS                                                                                  DEFENDANT

REPORT AND RECOMMENDATION

An Order for Mental Evaluation (ECF No. 7)was entered on February 2, 2012.  The Defendant was evaluated between February 17 and April 27, 2012 by Dr. Randall Rattan and a Psychological Evaluation report was filed with the court on May 21, 2012 (ECF No. 12).  After extensive testing and evaluation the report found that the defendant suffers from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense.

The court conducted a hearing on July 6, 2012 pursuant to 18 U.S.C.A. §4241(d) to determine the defendant's competency to proceed.  At the hearing the government rested on the Psychological Evaluation of  Dr. Rattan.

James Curtis testified in his own behalf.  The sum of Mr. Curtis' testimony is that the county law enforcement officers from his home county are "out to get him" because he believe that a friend's suicide was actually a homicide. He testified that people were stealing items from his residence and that the county law enforcement had placed listening devices inside his residence.  He testified this is proven because where ever he would go the officers were there.  This included them showing up at several locations in Colorado when he was stopped at various times.  Mr. Curtis stated that he relieves tension by shooting.  Mr. Curtis also testified that he felt a county law enforcement officer, who had responded to a call to Mr. Curtis' home, was going to

kill him and his wife and that was why he pointed his gun at him. Mr. Curtis also made the statement that Dr. Rattan had obtained medical records from his previous mental treatment at a facility in Kentucky but that the records had been altered by the Kentucky county law enforcement officers. During his testimony he admitted that he believe that his attorney had taken $3000 from his social security benefits because that is what his sister told him.

      Mr. Curtis' testimony validates the conclusion of the psychological evaluation that he is delusional.

      Based upon the Psychological Report by Dr. Rattan and the testimony of Mr. Curtis the court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

      It is further recommended that the Defendant be committed to the custody of the Attorney General to be hospitalized for treatment for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and for an additional reasonable period of time until:

      A.  his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or

      B.  the pending charges against him are disposed of according to law, whichever is earlier.

      **The parties have fourteen days from receipt of this report and recommendation in**

**which to file written objections pursuant to 28 U.S.C. Section 636(b)(1).  The failure to file timely written objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

Dated this 6th day of July 2012.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge