IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                    Case No. 2:12-cr-20020

JAMES S. CURTIS                                                              DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 46) from Chief United

States Magistrate Judge James R. Marschewski.  Defendant James S. Curtis (Doc. 47) and the

Government (Doc. 50) have both responded to the Magistrate's report stating that they have no

objections.

The Court has carefully reviewed the Magistrate's findings and recommendations and finds

the Magistrate's reasoning to be sound.  The Court therefore ADOPTS the findings and

recommendations of the Magistrate (Doc. 46) in all respects.

IT IS THEREFORE ORDERED that the request to forcibly administer Risperidone to restore

Defendant's competency to stand trial, included in the psychiatric report filed January 31, 2013 (Doc.

17), is DENIED.

The Court previously found that Defendant is suffering from a mental disease or defect

rendering him mentally incompetent to the extent that he is unable to understand the nature and

consequences of the proceedings against him or to assist properly in his defense.  (Doc. 15).  It was

subsequently determined that there was a substantial probability that Defendant's competency could

be restored through the administration of antipsychotic medication.  Because Defendant refused to

voluntarily submit to treatment, the Court ordered that he be involuntarily medicated.  (Doc. 27).

That order was stayed pending appeal.  The Eighth Circuit remanded the case for further consideration.  The record makes clear that, without the recommended treatment, there is not a substantial probability that Defendant will become competent to stand trial in the foreseeable future. The Court finds, therefore, pursuant to 18 U.S.C. § 4241(d)(1) that, having adopted the Magistrate's finding that involuntary medication is not appropriate, there is not a substantial probability that in the foreseeable future Defendant will attain the capacity to permit the instant proceedings to go forward.

IT IS THEREFORE FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed forty-five days from the date Defendant arrives for a psychiatric and/or psychological examination pursuant to 18 U.S.C. §§ 4246 and 4247(b) and (c) to determine whether Defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to the property of another.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. § 4247(c), the psychiatric or psychological report be filed with the Court with copies provided to counsel of record in this case and with any appropriate certification to be filed in accordance with 18 U.S.C. § 4246(a) or (e).

IT IS SO ORDERED this 9th day of December, 2014.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE